UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 17 2019
Clerk, U.S. District and
Bankruptcy Courts

BILLY G. ASEMANI, )
)
Plaintiff, )
)
v. ) Civil Action No. 18-2344 (UNA)
)
ISLAMIC REPUBLIC OF IRAN, )
)
Defendant. )

### ORDER

The Court allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which the plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). To date the plaintiff has not submitted the required financial information. Accordingly, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] and motion to issue summonses [5] are DENIED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

_____
United States District Judge

DATE: May 16, 2019